HONORABLE ROBERT LASNIK

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 12 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE ANTONIO-CRUZ, <br><br> Defendant. | Cause No. CR12-0062RSL <br><br> **PROTECTIVE ORDER** <br><br> 12-CR-00062-ORD |

This matter, having come before the Court on the parties' Agreed Motion for Entry of a Protective Order, the Court hereby enters the following:

PROTECTIVE ORDER

The personal information related to Angelica Cruz, and any document containing personal information related to any victims or witnesses, provided by the government in discovery in this case is deemed Protected Material. As used in this Order, the term "personal information" refers to Mrs. Cruz's date of birth, Social Security number, driver's license number, bank account numbers, current residence address, telephone number, current location of employment, and other contact information.

Possession of Protected Material is limited to the attorneys of record, including their investigators and experts as well as their respective clients in the above captioned case. Any

PROTECTIVE ORDER - 1

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252

expert witness retained by the defense must be provided with a copy of this protective order, and must agree, in writing, to be bound by its terms. The attorneys of record, their clients, investigators, and experts may not share or review unredacted Protected Material in any manner with any other person and are prohibited from providing copies, whether hard or electronic, of un-redacted Protected Materials to third parties.

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order.

Dated this 12th day of April, 2013.

_____
United States District Judge

Prepared by:

Gilbert H. Levy
Gilbert H. Levy, W.S.B.A. #4805
Attorney for Jose Antonio-Cruz

Agreed by:

Vincent Lombardi
Vincent Lombardi, W.S.B.A. #21967
Attorney for United States

PROTECTIVE ORDER - 2

*Gilbert H. Levy*
Attorney at Law
2003 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252